<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Fill in this information to identify the case:**

Debtor 1    Mark A Rogge

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern    District of **FL**
                                                                (State)

Case number    16-17251-PDR

## Official Form 410S1

# Notice of Mortgage Payment Change     12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the BKPL Series I trust

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account:    1873 ___ ___ ___

**Date of payment change:**
Must be at least 21 days after date of this notice    05 /01 /2021

**New total payment:**
Principal, interest, and escrow, if any    $ 2,246.62

---

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $ _____     New escrow payment:   $ _____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ 2,781.30     New mortgage payment: $ 2,246.62

---

| Debtor 1 | Mark A Rogge | | | Case number *(if known)* | 16-17251-PDR |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Chase A. Berger
_____
Signature

Date  04 / 10 / 2021

Print:  Chase A. Berger
First Name     Middle Name     Last Name

Title  AUTHORIZED AGENT

Company  Ghidotti Berger LLP

Address  1920 Old Tustin Ave
Number          Street
Santa Ana, CA 92705
City              State    ZIP Code

Contact phone  ( 949 ) 427 _ 2010

Email  bknotifications@ghidottiberger.com

**After Recording Return To:**
**Rushmore Loan Management Services LLC**
**15480 Laguna Canyon Road**
**Irvine, California 92618**


**This Document Prepared By:**
**JENNIFER NGHIEM**
**Rushmore Loan Management Services LLC**
**15480 Laguna Canyon Road**
**Irvine, California 92618**


Parcel ID Number:

_____ [Space Above This Line For Recording Data] _____
Original Loan Amount: **$228,000.00**                                Loan No: ███████

# LOAN MODIFICATION AGREEMENT
## (Providing for Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this **21st** day of **June, 2017**, between **MARK A. ROGGE, A MARRIED MAN, JOINED BY DEBORAH M. ROGGE, HIS WIFE** ("Borrower") and Owner, by and through **Rushmore Loan Management Services LLC, as current servicer and agent, whose address is 15480 Laguna Canyon Road, Irvine, California 92618** ("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") dated **May 08, 2003** and recorded in Book/Liber **35339**, Page **555**, Instrument No: ███████ of the Official Records of **BROWARD** County, **FL** and (2) the Note, bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at
**2452 GREENBRIER COURT, WESTON, FL 33327,**
(Property Address)
the real property described being set forth as follows:


**SEE ATTACHED EXHIBIT A**

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1.  As of **June 21, 2017**, the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. **$187,634.68**, consisting of the unpaid amount(s) loaned to Borrower by Lender plus any interest and other amounts capitalized.

2.  Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of **5.000%**, from **June 1, 2017**. Borrower promises to make monthly payments of principal and interest of U.S. **$1,173.24**, beginning on the **1th** day of **July, 2017**, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full.  The yearly rate of **5.000%** will

LOAN MODIFICATION AGREEMENT—Single Family Fannie Mae Uniform Instrument - Florida                                                 Form 3179 1/01 (rev. 4/14)
Mortgage Cadence Document Center  © 8833 08/14                                    *(page 1 of 5)*

remain in effect until principal and interest are paid in full. If on **June 1, 2039** (the "Maturity Date"), Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3.  If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

    If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by the Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

4.  Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

    (a)   all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note; and

    (b)   all terms and provisions of any adjustable rate rider, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5.  Borrower understands and agrees that:

    (a)   All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

    (b)   All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law. Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

    (c)   Nothing in this Agreement shall be understood or construed to be a satisfaction or

LOAN MODIFICATION AGREEMENT—Single Family Fannie Mae Uniform Instrument - Florida
Mortgage Cadence Document Center   © 8833 08/14

Form 3179 1/01 (rev. 4/14)

*(page 2 of 5)*

release in whole or in part of the Note and Security Instrument.

(d)     All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

(e)     Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

(f)     Borrower authorizes Lender, and Lender's successors and assigns, to share Borrower information including, but not limited to (i) name, address, and telephone number, (ii) Social Security Number, (iii) credit score, (iv) income, (v) payment history, (vi) account balances and activity, including information about any modification or foreclosure relief programs, with Third Parties that can assist Lender and Borrower in obtaining a foreclosure prevention alternative, or otherwise provide support services related to Borrower's loan. For purposes of this section, Third Parties include a counseling agency, state or local Housing Finance Agency or similar entity, any insurer, guarantor, or servicer that insures, guarantees, or services Borrower's loan or any other mortgage loan secured by the Property on which Borrower is obligated, or to any companies that perform support services to them in connection with Borrower's loan.

Borrower consents to being contacted by Lender or Third Parties concerning mortgage assistance relating to Borrower's loan including the trial period plan to modify Borrower's loan, at any telephone number, including mobile telephone number, or email address Borrower has provided to Lender or Third Parties.

By checking this box, Borrower also consents to being contacted by text messaging [  ].

6.  Notwithstanding anything to the contrary contained in this Agreement, if a discharge has been granted, Borrower and Lender acknowledge the effect of a discharge in bankruptcy that has been granted to Borrower prior to the execution of this Agreement and that Lender may not pursue Borrower for personal liability.  However, Borrower acknowledges that Lender retains certain rights, including but not limited to the right to foreclose its lien evidenced by the Security Instrument under appropriate circumstances.  The parties agree that the consideration for this Agreement is Lender's forbearance from presently exercising its rights and pursuing its remedies under the Security Instrument as a result of Borrower's default thereunder.  Nothing in this Agreement shall be construed to be an attempt to collect against Borrower personally or an attempt to revive personal liability.

7.  Pursuant to Section 199.145(4)(b), Florida Statutes, additional nonrecurring intangible tax is due. This Mortgage is given in connection with the refinancing of an obligation secured by an existing mortgage, recorded in Official Records Book 35339, Page 555, Instrument No: 103001476, Public Records of BROWARD County, Florida from the Mortgagor hereunder to the Mortgagee hereunder, or to the assignor of the Mortgagee hereunder.  As of the date of refinancing, the unpaid principal balance of the original obligation, plus accrued but unpaid interest, secured by the existing mortgage is equal to $105,802.61.  The principal balance of the new obligation

secured by this Mortgage is $187,634.68, which amount represents, as of the refinancing, the unpaid principal balance of the original obligation, plus accrued but unpaid interest. Notwithstanding anything to the contrary contained in the foregoing, if the obligor under the new obligation is not liable to the obligee under the obligation secured by this Mortgage, then the additional nonrecurring intangible tax shall be computed on the entire principal balance of the new obligation.

In Witness Whereof, the Lender and I have executed this Agreement.

_____ (Seal)
**MARK A ROGGE**  -Borrower

_____ (Seal)
**DEBORAH M. ROGGE**  -Borrower

_____ -Witness        _____ -Witness

_____ [Space Below This Line For Acknowledgments] _____

State of Florida

County of _Broward_

The foregoing instrument was acknowledged before me this _5th_ day of _July_ ,
20_17_ ,
by    _Mark A Rogge_ _____
_Deborah M Rogge_ _____ ,

who is personally known to me or who has produced _Florida Drivers License_ as identification.

_____
(Signature of person taking acknowledgment)
_Thyra Weston-Paulson_
(Name typed printed or stamped)
_Notary Public_
(Title or Rank)
_PF 933725_
(Serial Number if any)
My Commission expires: _11-28-2019_

THYRA WESTON-PAULSON
Notary Public, State of Florida
Commission# FF 933725
My comm. expires Nov 28, 2019

Origination Company: **Rushmore Loan Management Services LLC**
NMLSR ID:

Uniform Instrument -                                        Form 3179 1/01 (rev. 4/14)

Mortgage Cadence Document Center  © 8833 08/14                    *(page 4 of 5)*

Rushmore Loan Management Services LLC

By: _____ (Seal) - Lender
Name: **Kevin Elliott**
Title: **Senior Vice President**

**JUL 2 0 2017**
_____
Date of Lender's Signature

_____ [Space Below This Line For Acknowledgments] _____

State of _____
County of _____

The foregoing instrument was acknowledged before me this _____ day of _____, 20____,

by _____, the _____ of

_____

,

who is personally known to me or who has produced _____ as identification.

**See Attached
Acknowledgment**

_____
(Signature of person taking acknowledgement)

_____
(Name typed printed or stamped)

_____
(Title or Rank)

_____
(Serial Number if any)

My Commission expires : _____

**See Attached
Acknowledgment**

LOAN MODIFICATION AGREEMENT—Single Family Fannie Mae Uniform Instrument -
Florida
Mortgage Cadence Document Center  © 8833 08/14

Form 3179 1/01 (rev. 4/14)

*(page 5 of 5)*

## ALL-PURPOSE ACKNOWLEDGMENT

> **A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document**

State of <u>California</u>
County of <u>ORANGE</u>

On **7/20/2017**, before me, **Brooklynn Leigh Ackerman, Notary Public**, personally appeared, **KEVIN ELLIOTT**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

BROOKLYNN LEIGH ACKERMAN
Notary Public - California
Orange County
Commission # 2192347
My Comm. Expires Apr 17, 2021

Signature of Notary                                        (seal)

**Loan Number:** ███████

## ERRORS AND OMISSIONS/COMPLIANCE AGREEMENT

Loan Number: ███████

FHA/VA Case Number:

Borrower(s):    **MARK A ROGGE and DEBORAH M. ROGGE**

Property Address:    **2452 GREENBRIER COURT, WESTON, FL 33327**

Servicer:    **Rushmore Loan Management Services LLC**

The undersigned Borrower(s) for and in consideration of the above-referenced Servicer modifying the terms of your mortgage loan, agrees that if requested by your Servicer, to fully cooperate and adjust for clerical errors, any or all loan modification documentation deemed necessary or desirable in the reasonable discretion of Servicer to enable Servicer to sell, convey, seek guaranty or market said loan to any entity, including but not limited to an investor, Federal National Mortgage Association, Federal Home Loan Mortgage Corporation, Government National Mortgage Association, Department of Housing and Urban Development, or the Department of Veterans Affairs, or any Municipal Bonding Authority.

I agree that if any document related to the Loan Documents and/or this Agreement is lost, misplaced, misstated, inaccurately reflects the true and correct terms and conditions of the loan as modified, or is otherwise missing, I will comply with the Lender's request to execute, acknowledge, initial, and deliver to the Lender any documentation the Lender deems necessary.  If the original promissory note is replaced, the Lender hereby indemnifies me against any loss associated with a demand on the original note.  All documents the Lender requests of me under this Section shall be referred to as "Documents."  I agree to deliver the Documents within ten (10) days after I receive the Lender's written request for such replacement.

The undersigned Borrower(s) agree(s) to comply with all above noted requests by the above-referenced Servicer within 15 days from date of mailing of said requests. Borrower(s) agree(s) to assume all costs including, by way of illustration and not limitation, actual expenses, legal fees and marketing losses for failing to comply with correction requests in the above noted time period.

The undersigned Borrower(s) do hereby so agree and covenant in order to assure that this loan modification documentation executed this date will conform and be acceptable in the marketplace in the instance of transfer, sale or conveyance by Servicer of its interest in and to said loan modification documentation, and to assure marketable title in the said Borrower(s).

DATED this **21st** day of **June, 2017**.

_____ (Seal)
MARK A ROGGE  -Borrower

_____ (Seal)
DEBORAH M. ROGGE  -Borrower


Errors and Omissions/Compliance Agreement

Loan No: ████████████

## EXHIBIT A

LOT 110, SECTOR 7, PARCEL N-1 ACCORDING TO THE PLAT THEREOF, AS
RECORDED IN PLAT BOOK 165, PAGE 24, OF THE PUBLIC RECORDS OF
BROWARD COUNTY, FLORIDA.

## **CERTIFICATE OF SERVICE**

On April 10, 2021, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR         U.S. TRUSTEE
Mitchell J. Nowack, Esq.          USTPRegion21.MM.ECF@usdoj.gov

ecf@nowackolson.com

CHAPTER 13 Trustee
Robin R Weiner
ecf@ch13weiner.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice

On April 10, 2021, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Mark A Rogge
2452 Greenbrier Ct
Weston, FL 33327

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice